COSTS

No costs.

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.

---

Jason S. CRAIG, Plaintiff–Appellant,

v.

FOLDFAST, INC. and HSN, L.P.,
Defendants–Appellees.

No. 2007–1570.

United States Court of Appeals,
Federal Circuit.

March 4, 2008.

Stanley B. Kita, Howson & Howson LLP, of Fort Washington, PA, argued for plaintiff-appellant.

Martin B. Woods, Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., of Fort Lauderdale, FL, argued for defendants-appellees. With him on the brief was Mark D. Bowen.

Before: MAYER, GAJARSA and MOORE, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is

---

Martin GUBB, Plaintiff–Appellee,

v.

P&M SERVICES, INC., Defendant–Appellant.

No. 2007–1263.

United States Court of Appeals,
Federal Circuit.

March 4, 2008.

Marc Lorelli, Brooks Kushman P.C., of Southfield, MI, argued for plaintiff-appellee. With him on the brief was Mark A. Cantor.

Mark S. Demorest, Demorest Law Firm, PPLC, of Birmingham, MI, argued for defendant-appellant.

Before: MAYER, GAJARSA and MOORE, Circuit Judges.

**Judgement**

PER CURIAM:

This CAUSE having been heard and considered, it is